UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JIMMY CICCONE,                          )
                                        )
                    Plaintiff,          )         3:06-cv-0070-RCJ-VPC
                                        )
 v.                                     )
                                        )
OFFICER DAWSON, individually;           )         O R D E R
OFFICER SMITH, individually,            )
                                        )
                                        )
                    Defendants.         )
_____

    Before the Court for consideration is the Report and Recommendation of Magistrate Judge Valerie P. Cooke, entered January 12, 2007, recommending the Court deny Plaintiff's Motion for Summary Judgment (#22) and grant Defendant Dawson's Motion for Summary Judgment (#26).  No objections have been filed.

    The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered January 12, 2007, should be affirmed.

    IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendations (#45) be affirmed and adopted.

DATED: March 22, 2007.

_____
ROBERT C. JONES
United States District Judge